In the Matter of DALTUN A.B., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANIEL B., JR., Appellant. (And Two Other Proceedings.)

Submitted April 22, 2013; decided June 4, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PRINCE BACKMAN, Appellant, v JIM WALSH, as Superintendent of Sullivan Correctional Facility, Respondent.

Submitted May 6, 2013; decided June 4, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 863 (2013)].

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MITCHEL D.G., Appellant, v INTERFAITH MEDICAL CENTER et al., Respondents.

Submitted May 13, 2013; decided June 4, 2013

Motion for sanctions and other relief denied.